# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**NANCY GOODMAN and**
**JACQUELINE PEIFFER,**

    **Plaintiffs,**

                          **Case No. 2:14-cv-414**
    v.                           **JUDGE GREGORY L. FROST**

**JP MORGAN INVESTMENT MANAGEMENT**
**INC.,**

    **Defendant.**

## ORDER

Defendant's Motion to Dismiss (ECF No. 13) shall come on for a non-oral hearing on August 29, 2014 at 8:00 a.m.

**IT IS SO ORDERED.**


                                                      **/s/   Gregory L. Frost**
                                                      Gregory L. Frost
                                                      United States District Judge