# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**NANCY GOODMAN, et al.,**

    **Plaintiffs,**

    v.

**J.P. MORGAN INVESTMENT MANAGEMENT, INC.,**

    **Defendant.**

    **Case No. 2:14-cv-414**
    **Judge Gregory L. Frost**

## SCHEDULING ORDER

The Court sets the following deadlines and hearing dates:

(1) The parties shall file all dispositive motions on or before August 15, 2016. Pursuant to S.D. Ohio Civ. R. 7.2(a)(2), a party filing a memorandum in opposition shall do so within twenty-one (21) days from the date of service set forth in the certificate of service attached to the dispositive motion. A party filing a reply memorandum shall do so within fourteen (14) days from the date of service of the memorandum in opposition.

(2) A non-oral hearing on all dispositive motions is scheduled for October 11, 2016.

(3) A final pre-trial conference is scheduled for January 17, 2017 at 12:00 p.m.

(4) The jury trial is scheduled to commence on February 27, 2017 at 9:00 a.m.

                                               /s/ Gregory L. Frost
                                              Gregory L. Frost
                                              United States District Judge