# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **Nancy Goodman and Jacqueline Peiffer,** | Case No. 2:14-cv-00414 |
| Plaintiffs, | Judge Frost |
| v. | Magistrate Judge King |
| **J.P. Morgan Investment Management, Inc.,** | |
| Defendant. | |

## ORDER *NUNC PRO TUNC* FOR EXTENSION OF TIME TO FILE A REPLY TO PLAINTIFFS' MOTION TO AMEND THE COMPLAINT

This matter came before the Court upon the unopposed Motion *nunc pro tunc* (the "Motion") of Plaintiffs Nancy Goodman and Jacqueline Peiffer (together "Plaintiffs") and Defendant J.P. Morgan Investment Management, Inc. ("Defendant") for an extension of time to file a reply brief in support of Plaintiffs' Motion to Amend the Complaint.  Motion, ECF No. 58.  Based upon the Motion and the consent of each party to the relief requested, the Court is fully advised of the premises and finds that the Motion for a short extension is well taken.

IT IS THEREFORE ORDERED this 1st day of December, 2015 that:

    1.  Plaintiffs shall have through and until December 4, 2015 to file a reply brief in support of Plaintiffs' Motion to Amend the Complaint.

    *s/ Norah McCann King*
    Norah McCann King
    UNITED STATES MAGISTRATE JUDGE