UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**NANCY GOODMAN, et al.,**

    **Plaintiff,**                                Case No. 2:14-cv-414

  v.

                                                     JUDGE FROST

**J.P. MORGAN INVESTMENT**
**MANAGEMENT, INC.,**

    **Defendant.**


**CAMPBELL FAMILY TRUST, et al.,**           Case No. 2:15-cv-2923

    **Plaintiff,**                                  JUDGE FROST

  v.

**J.P. MORGAN INVESTMENT**
**MANAGEMENT, INC., et al.,**

    **Defendants.**

## **ORDER**

    Plaintiffs' Joint Motion to Consolidate Cases (ECF No. 61 in 2:14-cv-414 and ECF No. 20 in 2:15-cv-2923) shall come on for a non-oral hearing on January 25, 2016 at 8:00 a.m.

    **IT IS SO ORDERED.**

                                                    /s/ Gregory L. Frost
                                                    GREGORY L. FROST
                                                    UNITED STATES DISTRICT JUDGE