UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

NANCY GOODMAN, et al.,

        Plaintiffs,

    v.

J.P. MORGAN INVESTMENT
MANAGEMENT, INC.,

        Defendant.

        Case No. 2:14-cv-414
        JUDGE GREGORY L. FROST
        Magistrate Judge Norah McCann King

CAMPBELL FAMILY TRUST, et al.,

        Plaintiffs,

    v.

J.P. MORGAN INVESTMENT
MANAGEMENT, INC., et al.,

        Defendants.

        Case No. 2:15-cv-2923
        JUDGE GREGORY L. FROST
        Magistrate Judge Kimberly A. Jolson

## ORDER

This matter is before the Court for consideration of Plaintiffs' Joint Motion to Consolidate and Memorandum in Support (ECF No. 61 in 2:14-cv-414; ECF No. 20 in 2:15-cv-2923) and Defendants' Response to Plaintiffs' Motion to Consolidate (ECF No. 69 in 2:14-cv-414; ECF No. 36 in 2:15-cv-2923).  In the motion, Plaintiffs ask this Court to consolidate the captioned cases pursuant to Federal Rule of Civil Procedure 42(a).  In their response, Defendants indicate that they do not oppose consolidation and that the parties would present the Court with a

proposed consolidated case schedule.  The parties subsequently proposed a schedule in their joint

Rule 26(f) report.  (ECF No. 72 in 2:14-cv-414; ECF No. 39 in 2:15-cv-2923.)

The Court **GRANTS** the motion to consolidate.  (ECF No. 61 in 2:14-cv-414; ECF No.

20 in 2:15-cv-2923.)  The Clerk shall reassign case no. 2:15-cv-2923 to the docket of Magistrate

Judge Norah McCann King, the Magistrate Judge to whom the first-filed case was assigned, who

can then proceed to conduct the continued preliminary pretrial conference for the consolidated

cases.  The undersigned has no issue with the parties' proposed schedule, subject to any

necessary modification by the Magistrate Judge, and notes that a decision on the motion to

dismiss in case no. 2:15-cv-2923 will be filed soon so that the amendment of the pleadings

deadline discussed in the joint Rule 26(f) report should be April 15, 2016.  (ECF No. 72 in 2:14-

cv-414, at Page ID # 769 ¶ 5(a); ECF No. 39 in 2:15-cv-2923, at Page ID # 516 ¶ 5(a).)  The

parties shall file all future filings in both cases and using both case captions.

      **IT IS SO ORDERED.**

                                   /s/ Gregory L. Frost
                                 GREGORY L. FROST
                                 UNITED STATES DISTRICT JUDGE