IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Nancy Goodman, et al., | : |
| | : Civil No. 2:14-CV-414 |
| Plaintiffs, | : |
| | : Judge Frost |
| | : |
| v. | : Magistrate Judge King |
| | : |
| J.P. Morgan Investment Management, Inc., et al. | : |
| | : |
| Defendants. | : |
| . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | : |
| Campbell Family Trust, et al., | : Civil No. 2:15-CV-2923 |
| | : |
| Plaintiffs, | : Judge Frost |
| | : |
| | : Magistrate Judge King |
| v. | : |
| | : |
| J.P. Morgan Investment Management, Inc., et al. | : |
| | : |
| Defendants. | : |

**NOTICE OF MERGER OF DEFENDANTS
J.P. MORGAN INVESTMENT MANAGEMENT INC.
AND JPMORGAN FUNDS MANAGEMENT, INC.**

Defendant J.P. Morgan Investment Management Inc. ("JPMIM"), on behalf of itself and Defendant JPMorgan Funds Management, Inc. ("JPMFM"), hereby notifies the Court and all parties that effective April 1, 2016, JPMIM and JPMFM have merged, with JPMIM as the surviving entity and successor-in-interest to JPMFM.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | /s/ Bradley T. Ferrell |
| Mark Holland (admitted *pro hac vice*) | Steven W. Tigges (0019288), Trial Attorney |
| GOODWIN PROCTER LLP | Bradley T. Ferrell (0070965) |
| The New York Times Building | ZEIGER, TIGGES & LITTLE LLP |
| 620 Eighth Avenue | 41 South High Street |
| New York, NY  10018 | 3500 Huntington Center |
| Tel:     (212) 813-8800 | Columbus, OH  43215 |
| Fax:    (212) 355-3333 | Tel:     (614) 365-9900 |
| Email: mholland@goodwinprocter.com | Fax:    (614) 365-7900 |
|  | Email: tigges@litohio.com |
| Michael K. Isenman (admitted *pro hac vice*) |             ferrell@litohio.com |
| GOODWIN PROCTER LLP |  |
| 901 New York Avenue, NW |  |
| Washington, DC  20001 |  |
| Tel:     (202) 346-4000 |  |
| Fax:    (202) 346-4444 |  |
| Email: misenman@goodwinprocter.com |  |
|  | *Attorneys for Defendants J.P. Morgan Investment Management Inc. and JPMorgan Funds Management, Inc.* |
| Dated:  April 5, 2016 |  |

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of April, 2016, I have caused the foregoing Notice to be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing ("NEF") to the following:

>David P. Meyer
>Matthew R. Wilson
>Michael J. Boyle, Jr.
>MEYER WILSON CO., LPA
>1320 Dublin Road, Suite 100
>Columbus, OH 43215
>
>Andrew W. Robertson
>Robin F. Zwerling
>Jeffrey C. Zwerling
>Susan Salvetti
>ZWERLING, SCHACHTER & ZWERLING, LLP
>41 Madison Avenue
>New York, NY 10010
>
>Stephen J. Oddo
>Jenny L. Dixon
>Daniel L. Sachs
>ROBBINS ARROYO LLP
>600 B Street, Suite 1900
>San Diego, CA 92101

        /s/ Bradley T. Ferrell