# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **Nancy Goodman, et al.,** | : |
| | :   Civil No. 2:14-cv-414 |
| **Plaintiffs,** | : |
| | :   Chief Judge Edmund A. Sargus, Jr. |
| | : |
| v. | :   Magistrate Judge Jolson |
| | : |
| **J.P. Morgan Investment Management, Inc., et al.** | : |
| | : |
| **Defendants.** | : |
| . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | : |
| **Campbell Family Trust, et al.,** | :   Civil No. 2:15-cv-2923 |
| | : |
| **Plaintiffs,** | :   Chief Judge Edmund A. Sargus, Jr. |
| | : |
| | :   Magistrate Judge Jolson |
| | : |
| v. | : |
| | : |
| **J.P. Morgan Investment Management, Inc., et al.** | : |
| | : |
| **Defendants.** | : |

## **ORDER**

This matter is before the Court on Defendants' Unopposed Motion for an Extension of the Pretrial Dates in the Scheduling Order (*Goodman*, Doc. 89; *Campbell*, Doc. 58). For good cause shown, the Motion is GRANTED IN PART and DENIED IN PART. Specifically, Defendants are granted until November 29, 2016 to complete their document production, and the parties are granted until May 4, 2017 to complete all fact discovery. All other deadlines shall

remain as set forth in this Court's Preliminary Pretrial Order. (Doc. 76). Further, the status conference set for September 6, 2016, is VACATED.

    IT IS SO ORDERED.


Date: September 2, 2016                  /s/ Kimberly A. Jolson
                                                         KIMBERLY A. JOLSON
                                                         UNITED STATES MAGISTRATE JUDGE