# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

NANCY GOODMAN, et al.,

    Plaintiffs,

v.

J.P. MORGAN INVESTMENT
MANAGEMENT, INC., et al.,

    Defendants.

Case No. 2:14-cv-414
**CHIEF JUDGE EDMUND A. SARGUS, JR.**
**Magistrate Judge Kimberly A. Jolson**

---

CAMPBELL FAMILY TRUST, et al.,

    Plaintiffs,

v.

J.P. MORGAN INVESTMENT
MANAGEMENT, INC, et al.,

    Defendants.

Case No. 2:15-cv-2923
**CHIEF JUDGE EDMUND A. SARGUS, JR.**
**Magistrate Judge Kimberly A. Jolson**

## ORDER

This matter is before the Court on Plaintiffs' Unopposed Motion to Dismiss Certain Claims and Parties ['15 ECF No. 61; '14 ECF No. 92]. Based upon the Motion and the consent of each party to the relief requested, the Court **GRANTS** Plaintiffs' Motion and **ORDERS** as follows:

1. Plaintiff Joseph Lipovich is **DISMISSED** from the case;

2. All claims asserted by Plaintiffs regarding, and on behalf of, the J.P. Morgan Strategic Income Opportunities Fund are **DISMISSED**; and

3. All claims asserted by Plaintiff Jacqueline Peiffer regarding, and on behalf of, the J.P. Morgan Mid Cap Value Fund are **DISMISSED**, without prejudice to the claims asserted by other Plaintiffs with regard to the same fund.

Each party will bear its own fees and costs.

**IT IS SO ORDERED.**

\_\_\_12-13-2016_____
**DATE**

_____
**EDMUND A. SARGUS, JR.**
**CHIEF UNITED STATES DISTRICT JUDGE**