**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Nancy Goodman, et al.,** | : | **Civil No. 2:14-CV-414** |
| **Plaintiffs,** | : | **Chief Judge Sargus** |
| **v.** | : | **Magistrate Judge Jolson** |
| **J.P. Morgan Investment Management, Inc., et al.** | : | |
| **Defendants.** | : | |
| . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | : | |
| **Campbell Family Trust, et al.,** | : | **Civil No. 2:15-CV-2923** |
| **Plaintiffs,** | : | **Chief Judge Sargus** |
| | : | **Magistrate Judge Jolson** |
| **v.** | : | |
| **J.P. Morgan Investment Management, Inc., et al.** | : | |
| **Defendants.** | : | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Pursuant to Local Civil Rule 83.4(d), please withdraw the appearance of Bradley T. Ferrell as co-counsel of record for Defendant J.P. Morgan Investment Management Inc. ("JPMIM"), on its own behalf and as successor in interest to JPMorgan Funds Management, Inc. Going forward, JPMIM will continue to be represented in this action by Mark Holland, Michael K. Isenman, Valerie Haggans, Charles A. Brown and Elizabeth S. David of Goodwin Procter LLP, and by Steven W. Tigges and John W. Zeiger of Zeiger, Tigges & Little LLP, and all future correspondence and papers in this action should be directed to them.

Respectfully submitted,

/s/ Mark Holland
Mark Holland (admitted *pro hac vice*)
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel.: (212) 813-8800
Fax: (646) 558-4118
Email: mholland@goodwinprocter.com

Michael K. Isenman (admitted *pro hac vice*)
GOODWIN PROCTER LLP
901 New York Ave NW
Washington, DC 20001
Tel.: (202) 346-4000
Fax: (202) 204-7248
Email: misenman@goodwinprocter.com

/s/ Bradley T. Ferrell
Steven W. Tigges (0019288), Trial Attorney
John W. Zeiger (0010707)
Bradley T. Ferrell (0070965)
ZEIGER, TIGGES & LITTLE LLP
41 South High Street
3500 Huntington Center
Columbus, OH 43215
Tel.: (614) 365-9900
Fax: (614) 365-7900
Email: tigges@litohio.com
zeiger@litohio.com
ferrell@litohio.com

*Attorneys for Defendant J.P. Morgan Investment Management, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of July, 2017, I have caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

David P. Meyer
Matthew R. Wilson
Michael J. Boyle, Jr.
MEYER WILSON CO., LPA
1320 Dublin Road, Suite 100
Columbus, OH 43215

Andrew W. Robertson
Robin F. Zwerling
Jeffrey C. Zwerling
Susan Salvetti
ZWERLING, SCHACHTER & ZWERLING, LLP
41 Madison Avenue
New York, NY 10010

Stephen J. Oddo
Jenny L. Dixon
Daniel L. Sachs
ROBBINS ARROYO LLP
600 B Street, Suite 1900
San Diego, CA 92101

*Attorneys for Plaintiffs*

/s/ Steven W. Tigges
Steven W. Tigges (0019288)

250-061:696863