IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**NANCY GOODMAN, et al.,**

      **Plaintiffs,**

  v.                                  Civil Action 2:14-cv-414
                                        Chief Judge Edmund A. Sargus
                                        Magistrate Judge Kimberly A. Jolson

**J.P. MORGAN INVESTMENT
MANAGEMENT, INC., et al.,**

      **Defendants.**

## ORDER

This matter is before the Court on the parties' Joint Motion for Leave to File Dispositive Motions and Exhibits Under Temporary Seal. (Doc. 108). For good cause shown, the Motion is **GRANTED**. Consequently, the parties are granted leave to file under temporary seal the entirety of their respective dispositive motions and supporting materials on October 2, 2017, as well as their subsequent memoranda in opposition, reply memoranda, and all supporting declarations, exhibits, and other papers. Within fourteen (14) days of filing reply memoranda, the parties shall file a joint motion or separate motions for leave to permanently seal only the necessary Confidential information that was filed temporarily under seal pursuant to this Order, and thereafter file redact copies of the filings.

    IT IS SO ORDERED.


Date: September 29, 2017                              /s/ Kimberly A. Jolson
                                                            KIMBERLY A. JOLSON
                                                             UNITED STATES MAGISTRATE JUDGE