**Appendix F - Actual Advisory Fees Paid by the Core Bond Fund and Subadvised Funds**

| FUND | FISCAL YEAR ENDED 2013 |
|---|---|
| SA JPMorgan MFS Core Bond Portfolio (f/k/a SA Total Return Bond Portfolio) | 0.60%[1] |
| Transamerica JPMorgan Core Bond VP | 0.45%[2] |
| Columbia VP – J.P. Morgan Core Bond Fund | 0.44%[3] |
| Transamerica Core Bond | 0.42%[4] |
| MetLife JPMorgan Core Bond Portfolio | 0.42%[5] |
| **JPMorgan Core Bond Fund** | **0.29%[6]** |
| SIMT U.S. Fixed Income Fund | 0.25%[7] |
| Bridge Builder Core Bond Fund (f/k/a Bridge Builder Bond Fund) | 0.12%[8] |
| SIIT Core Fixed Income Fund | 0.11%[9] |

---

[1] David Decl. Ex. 25 (SA JPMorgan MFS Core Bond Portfolio Prospectus at 115).

[2] David Decl. Ex. 26 (Transamerica JPMorgan Core Bond VP Prospectus at 367-68, and Statement of Additional Information at 69).

[3] David Decl. Ex. 28 (Columbia VP – J.P. Morgan Core Bond Fund Prospectus at 187).

[4] David Decl. Ex. 27 (Transamerica Core Bond Prospectus at 279, and Statement of Additional Information at 77).

[5] David Decl. Ex. 29 (MetLife JPMorgan Core Bond Portfolio Prospectus at 3).

[6] David Decl. Ex. 31 (J.P. Morgan Core Bond Fund Prospectus at 94).

[7] David Decl. Ex. 32 (SIMT U.S. Fixed Income Fund Prospectus at 96-97).

[8] David Decl. Ex. 33 (Bridge Builder Core Bond Fund Prospectus at 1).

[9] David Decl. Ex. 30 (SIIT Core Fixed Income Fund Prospectus at 132-33).

**Appendix F - Actual Advisory Fees Paid by the Core Bond Fund and Subadvised Funds**

| FUND | FISCAL YEAR ENDED 2014 |
|---|---|
| SA JPMorgan MFS Core Bond Portfolio (f/k/a SA Total Return Bond Portfolio) | 0.60%[10] |
| Transamerica JPMorgan Core Bond VP | 0.45%[11] |
| Columbia VP – J.P. Morgan Core Bond Fund | 0.44%[12] |
| Transamerica Core Bond | 0.43%[13] |
| MetLife JPMorgan Core Bond Portfolio | 0.42%[14] |
| **JPMorgan Core Bond Fund** | **0.29%[15]** |
| SIMT U.S. Fixed Income Fund | 0.25%[16] |
| Bridge Builder Core Bond Fund (f/k/a Bridge Builder Bond Fund) | 0.12%[17] |
| SIIT Core Fixed Income Fund | 0.11%[18] |

---

[10] David Decl. Ex. 34 (SA JPMorgan MFS Core Bond Portfolio Prospectus at 121).

[11] David Decl. Ex. 35 (Transamerica JPMorgan Core Bond VP Prospectus at 468, and Statement of Additional Information at 68).

[12] David Decl. Ex. 37 (Columbia VP – J.P. Morgan Core Bond Fund Prospectus at 203).

[13] David Decl. Ex. 36 (Transamerica Core Bond Prospectus at 304-305, and Statement of Additional Information at 75).

[14] David Decl. Ex. 38 (MetLife JPMorgan Core Bond Portfolio Prospectus at 3).

[15] David Decl. Ex. 39 (J.P. Morgan Core Bond Fund Prospectus at 101).

[16] David Decl. Ex. 40 (SIMT U.S. Fixed Income Fund Prospectus at 131-32).

[17] David Decl. Ex. 41 (Bridge Builder Core Bond Fund Prospectus at 1).

[18] David Decl. Ex. 42 (SIIT Core Fixed Income Fund Prospectus at 148).

## Appendix F - Actual Advisory Fees Paid by the Core Bond Fund and Subadvised Funds

| FUND | FISCAL YEAR ENDED 2015 |
|---|---|
| SA JPMorgan MFS Core Bond Portfolio (f/k/a SA Total Return Bond Portfolio) | 0.50%[19] |
| Transamerica JPMorgan Core Bond VP | 0.45%[20] |
| Transamerica Core Bond | 0.44%[21] |
| Columbia VP – J.P. Morgan Core Bond Fund | 0.44%[22] |
| MetLife J.P. Morgan Core Bond Portfolio | 0.42%[23] |
| **JPMorgan Core Bond Fund** | **0.28%[24]** |
| SIMT U.S. Fixed Income Fund | 0.16%[25] |
| Bridge Builder Core Bond Fund (f/k/a Bridge Builder Bond Fund) | 0.12%[26] |
| SIIT Core Fixed Income Fund | 0.11%[27] |

---

[19] David Decl. Ex. 43 (SA JPMorgan MFS Core Bond Portfolio Prospectus at 82).

[20] David Decl. Ex. 44 (Transamerica JPMorgan Core Bond VP Prospectus at 362-63, and Statement of Additional Information at 64).

[21] David Decl. Ex. 45 (Transamerica Funds Prospectus at 257, and Statement of Additional Information at 56).

[22] David Decl. Ex. 46 (Columbia VP – J.P. Morgan Core Bond Fund Prospectus at 221).

[23] David Decl. Ex. 8 (MetLife JP Morgan Core Bond Portfolio Prospectus at 3).

[24] David Decl. Ex. 47 (J.P. Morgan Core Bond Fund Prospectus at 124).

[25] David Decl. Ex. 48 (SIMT U.S. Fixed Income Fund Prospectus at 149).

[26] David Decl. Ex. 49 (Bridge Builder Core Bond Fund Prospectus at 1).

[27] David Decl. Ex. 50 (SIIT Core Fixed Income Fund Prospectus at 174).

**Appendix F - Actual Advisory Fees Paid by the Core Bond Fund and Subadvised Funds**

| FUND | FISCAL YEAR ENDED 2016 |
|---|---|
| SA JPMorgan MFS Core Bond Portfolio (f/k/a SA Total Return Bond Portfolio) | 0.50%[28] |
| Columbia VP – J.P. Morgan Core Bond Fund (n/k/a Columbia VP – Partners Core Bond Fund) | 0.50%[29] |
| Transamerica JPMorgan Core Bond VP | 0.48%[30] |
| Transamerica Core Bond | 0.45%[31] |
| MetLife JPMorgan Core Bond Portfolio (n/k/a Brighthouse JPMorgan Core Bond Portfolio) | 0.42%[32] |
| **JPMorgan Core Bond Fund** | **0.27%[33]** |
| SIMT U.S. Fixed Income Fund | 0.16%[34] |
| Bridge Builder Core Bond Fund (f/k/a Bridge Builder Bond Fund) | 0.12%[35] |
| SIIT Core Fixed Income Fund | 0.11%[36] |

[28] David Decl. Ex. 51 (SA JPMorgan MFS Core Bond Portfolio Prospectus at 71).

[29] David Decl. Ex. 54 (Columbia VP – Partners Core Bond Fund Prospectus at 229).

[30] David Decl. Ex. 52 (Transamerica JPMorgan Core Bond VP Prospectus at 385-86, and Statement of Additional Information at 55-56).

[31] David Decl. Ex. 53 (Transamerica Core Bond Prospectus at 276, and Statement of Additional Information at 54-55).

[32] Ex. 8. to Wilson Decl. In Support of Pl. Mot. (Brighthouse JPMorgan Core Bond Portfolio Prospectus at 3).

[33] David Decl. Ex. 55 (J.P. Morgan Core Bond Fund Prospectus at 136).

[34] David Decl. Ex. 56 (SIMT U.S. Fixed Income Fund Prospectus at 171-72).

[35] Ex. 51. to Wilson Decl. In Support of Pl. Mot. (Bridge Builder Core Bond Fund Prospectus at 1).

[36] David Decl. Ex. 57 (SIIT Core Fixed Income Fund Prospectus at 181-82).

**Appendix G - Actual Advisory Fees Paid by the Mid Cap Value Fund and Subadvised Funds**

| Fund | Fiscal Year Ended 2015 |
|---|---|
| Transamerica Mid Cap Value | 0.82%[37] |
| Transamerica JPMorgan Mid Cap Value VP | 0.80%[38] |
| VY JPMorgan Mid Cap Value Portfolio | 0.79%[39] |
| LVIP JPMorgan Select Mid Cap Value Managed Volatility Fund | 0.71%[40] |
| Transamerica Partners Mid Value Portfolio | 0.67%[41] |
| **JPMorgan Mid Cap Value Fund** | 0.61%[42] |

---

[37] David Decl. Ex. 45 (Transamerica Mid Cap Value Fund Prospectus at 257-58, and Statement of Additional Information at 57).

[38] David Decl. Ex. 44 (Transamerica JPMorgan Mid Cap Value VP Prospectus at 362-63, and Statement of Additional Information at 64).

[39] David Decl. Ex. 58 (VY JPMorgan Mid Cap Value Portfolio Prospectus at 75).

[40] David. Decl. Ex. 59 (LVIP JPMorgan Select Mid Cap Value Managed Volatility Fund Statement of Additional Information at 62).

[41] David Decl. Ex. 60 (Transamerica Partners Mid Value Portfolio Prospectus at 115, and Statement of Additional Information a 64).

[42] David Decl. Ex. 61 (JPMorgan Mid Cap Value Fund Prospectus at 71).

**Appendix G - Actual Advisory Fees Paid by the Mid Cap Value Fund and Subadvised Funds**

| Fund | Fiscal Year Ended 2016 |
| --- | --- |
| Transamerica Mid Cap Value | 0.84%[43] |
| Transamerica JPMorgan Mid Cap Value VP | 0.84%[44] |
| VY JPMorgan Mid Cap Value Portfolio | 0.83%[45] |
| LVIP JPMorgan Select Mid Cap Value Managed Volatility Fund | 0.71%[46] |
| Transamerica Partners Mid Value Portfolio | N/A[47] |
| **JPMorgan Mid Cap Value Fund** | 0.61%[48] |

---

[43] David Decl. Ex. 53 (Transamerica Mid Cap Value Fund Prospectus at 275-76, and Statement of Additional Information at 54-55).

[44] David Decl. Ex. 52 (Transamerica JPMorgan Mid Cap Value VP Prospectus at 385-86, and Statement of Additional Information at 55-56).

[45] David Decl. Ex. 63 (VY JPMorgan Mid Cap Value Portfolio Prospectus at 78).

[46] David. Decl. Ex. 62 (LVIP JPMorgan Mid Cap Value Managed Volatility Fund Statement of Additional Information at 61).

[47] Transamerica Partners Mid Value merged with another fund and did not issue a prospectus in 2017 reflecting 2016 fees. *See* Form N-8F filed on November 11, 2017, *available at* https://www.sec.gov/Archives/edgar/data/902844/000119312517340685/d407587dn8f.htm.

[48] Ex. 5 to Wilson Decl. In Support of Pl. Mot. (JPMorgan Mid Cap Value Fund Prospectus at 63).