# APPENDICES

**Appendix 1**



The red bar represents the dollar amount of advisory fees paid by the JPM Core Bond Fund in 2014 assuming $24.4 billion in AUM. *See* Boyle Ex. 3, 2015 JPM Funds Profitability Memo at JPMIM00010036.  That amount is approximately $67.2 million.

The blue bars represent the dollar amount of fees that would be paid pursuant to the fee schedules for each of the Subadvised Funds assuming $24.4 billion in AUM.  *See* Wilson Exs. 7, 24-25, 29-33 (subadvisory agreements).  Those amounts range from approximately $29.3 million annually using the fee schedule for the Bridge Builder Core Bond Fund (and four other Subadvised Funds) to approximately $36.6 million annually using the fee schedule for the Columbia VP – Partners Core Bond Fund.

The dollar amount above each blue bar is the difference between the fee using the fee schedule for the JPM Core Bond Fund and the fee that would be charged pursuant to the fee schedule for the particular Subadvised Fund.  For example, using the fee schedule for the Bridge Builder Core Bond Fund, the difference is approximately $37.9 million ($67.2 million - $29.3 million).

**Appendix 2**



The red bar represents the dollar amount of advisory fees paid by the JPM High Yield Fund in 2014 assuming $10.7 billion in AUM. *See* Boyle Ex. 3, 2015 JPM Funds Profitability Memo at JPMIM00010039. That amount is approximately $66.5 million.

The blue bars represent the dollar amount of fees that would be paid pursuant to the fee schedules for each of the Subadvised Funds assuming $10.7 billion in AUM. *See* Boyle Exs. 41, 49, 55 (subadvisory agreements). Those amounts range from approximately $26.7 million annually using the fee schedule for the AST High Yield Portfolio to approximately $32 million annually using the fee schedule for the Principal High Yield Fund I.

The dollar amount above each blue bar is the difference between the fee using the fee schedule for the JPM High Yield Fund and the fee that would be charged pursuant to the fee schedule for the particular Subadvised Fund. For example, using the fee schedule for the AST High Yield Portfolio, the difference is approximately $39.8 million ($66.5 million - $26.7 million).

Appendix 3



The red bar represents the dollar amount of advisory fees paid by the JPM Mid Cap Value Fund in 2014 assuming $15.2 billion in AUM. *See* Boyle Ex. 3, 2015 JPM Funds Profitability Memo at JPMIM00010054. That amount is approximately $87.8 million.

The blue bars represent the dollar amount of fees that would be paid pursuant to the fee schedules for each of the Subadvised Funds assuming $15.2 billion in AUM. *See* Wilson Exs. 26, 34-37 (subadvisory agreements). Those amounts range from approximately $60.9 million annually using the fee schedule for the Transamerica JPM Mid Cap Value Fund to approximately $68.5 million annually using the fee schedule for the VY JPM Mid Cap Value Portfolio.

The dollar amount above each blue bar is the difference between the fee using the fee schedule for the JPM Mid Cap Value Fund and the fee that would be charged pursuant to the fee schedule for the particular Subadvised Fund. For example, using the fee schedule for the Transamerica JPM Mid Cap Value Fund, the difference is approximately $26.9 million ($87.8 million - $60.9 million).

**Appendix 4**



The red bar represents the dollar amount of advisory fees paid by the JPM Large Cap Growth Fund in 2014 assuming $15.1 billion in AUM. *See* Boyle Ex. 3, 2015 JPM Funds Profitability Memo at JPMIM00010052. That amount is approximately $74.8 million.

The blue bar represents the dollar amount of fees that would be paid pursuant to the fee schedule for the Subadvised Fund assuming $15.1 billion in AUM. *See* Boyle Ex. 57 (subadvisory agreement). The amount is approximately $45.6 million annually using the fee schedule for the Great West Multi-Manager Large Cap Growth Fund.

The dollar amount above the blue bar is the difference between the fee using the fee schedule for the JPM Large Cap Growth Fund and the fee that would be charged pursuant to the fee schedule for the particular Subadvised Fund. Using the fee schedule for the Great West Multi-Manager Large Cap Growth Fund, the difference is approximately $29.2 million ($74.8 million - $45.6 million).

Appendix 5



The red bar represents the dollar amount of advisory fees paid by the JPM Value Advantage Fund in 2014 assuming $7.6 billion in AUM. *See* Boyle Ex. 3, June 2015 JPM Funds Profitability Memo at JPMIM00010058. That amount is approximately $46.3 million.

The blue bar represents the dollar amount of fees that would be paid pursuant to the fee schedule for the Subadvised Fund assuming $7.6 billion in AUM. *See* Boyle Ex. 63 (subadvisory agreement). The amount is approximately $27.4 million annually using the fee schedule for the Pacific Select Fund Value Advantage Portfolio.

The dollar amount above the blue bar is the difference between the fee using the fee schedule for the JPM Value Advantage Fund and the fee that would be charged pursuant to the fee schedule for the particular Subadvised Fund. Using the fee schedule for the Pacific Select Fund Value Advantage Portfolio, the difference is approximately $18.9 million ($46.3 million - $27.4 million).

**Appendix 6**



The red bar represents the dollar amount of administration fees paid by the JPM Core Bond Fund in 2014 assuming $24.4 billion in AUM. *See* Boyle Ex. 3, 2015 JPM Funds Profitability Memo at JPMIM00010036; Boyle Ex. 47, 2014 Actual Fees Paid Pursuant to Each Agreement at JPMIM00211077. That amount is approximately $11.06 million.

The blue bars represent the dollar amount of fees that would be paid pursuant to the fee schedules for each of the Other Administrators assuming $24.4 billion in AUM. *See* Boyle Ex. 10, ProShares Admin. Agreement; Boyle Ex. 11, EQ Funds Admin. Agreement; Boyle Ex. 14, Vitagliano Rpt. at 9. Those amounts range from approximately $0.9 million annually using the fee schedule for the ProShares Funds (JPMCB) to approximately $3.54 million annually using the fee schedule for the Bridge Builder Trust Funds (US Bank).

The dollar amount above each blue bar is the difference between the fees paid by the JPM Core Bond Fund and the fee that would be charged pursuant to the fee schedule for the particular other Fund. For example, using the fee schedule for the ProShares Funds (JPMCB), the difference is approximately $10.2 million ($11.06 million - $0.9 million).

**Appendix 7**



The red bar represents the dollar amount of administration fees paid by the JPM High Yield Fund in 2014 assuming $10.7 billion in AUM.  *See* Boyle Ex. 3, 2015 JPM Funds Profitability Memo at JPMIM00010039; Boyle Ex. 47, 2014 Actual Fees Paid Pursuant to Each Agreement at JPMIM00211077.  That amount is approximately $4.52 million.

The blue bars represent the dollar amount of fees that would be paid pursuant to the fee schedules for each of the Other Administrators assuming $10.7 billion in AUM.  *See* Boyle Ex. 10, ProShares Admin. Agreement; Boyle Ex. 11, EQ Funds Admin. Agreement; Boyle Ex. 14, Vitagliano Rpt. at 9.  Those amounts range from approximately $0.56 million annually using the fee schedule for the ProShares Funds (JPMCB) to approximately $1.55 million annually using the fee schedule for the Bridge Builder Trust Funds (US Bank).

The dollar amount above each blue bar is the difference between the fees paid by the JPM High Yield Fund and the fee that would be charged pursuant to the fee schedule for the particular other Fund.  For example, using the fee schedule for the ProShares Funds (JPMCB), the difference is approximately $4 million ($4.52 million - $.56 million).

**Appendix 8**



The red bar represents the dollar amount of administration fees paid by the JPM Short Duration Fund in 2014 assuming $11.1 billion in AUM. *See* Boyle Ex. 3, 2015 JPM Funds Profitability Memo at JPMIM00010043; Boyle Ex. 47, 2014 Actual Fees Paid Pursuant to Each Agreement at JPMIM00211077. That amount is approximately $3.84 million.

The blue bars represent the dollar amount of fees that would be paid pursuant to the fee schedules for each of the Other Administrators assuming $11.1 billion in AUM.  *See* Boyle Ex. 10, ProShares Admin. Agreement; Boyle Ex. 11, EQ Funds Admin. Agreement; Boyle Ex. 14, Vitagliano Rpt. at 9.  Those amounts range from approximately $0.56 million annually using the fee schedule for the ProShares Funds (JPMCB) to approximately $1.6 million annually using the fee schedule for the Bridge Builder Trust Funds (US Bank).

The dollar amount above each blue bar is the difference between the fees paid by the JPM Short Duration Fund and the fee that would be charged pursuant to the fee schedule for the particular other Fund.  For example, using the fee schedule for the ProShares Funds (JPMCB), the difference is approximately $3.3 million ($3.84 million - $0.56 million).

**Appendix 9**



The red bar represents the dollar amount of administration fees paid by the JPM Mid Cap Value Fund in 2014 assuming $15.2 billion in AUM. *See* Boyle Ex. 3, 2015 JPM Funds Profitability Memo at JPMIM00010054; Boyle Ex. 47, 2014 Actual Fees Paid Pursuant to Each Agreement at JPMIM00211075. That amount is approximately $5.24 million.

The blue bars represent the dollar amount of fees that would be paid pursuant to the fee schedules for each of the Other Administrators assuming $15.2 billion in AUM. *See* Boyle Ex. 10, ProShares Admin. Agreement; Boyle Ex. 11, EQ Funds Admin. Agreement; Boyle Ex. 14, Vitagliano Rpt. at 9. Those amounts range from approximately $0.67 million annually using the fee schedule for the ProShares Funds (JPMCB) to approximately $2.21 million annually using the fee schedule for the Bridge Builder Trust Funds (US Bank).

The dollar amount above each blue bar is the difference between the fees paid by the JPM Mid Cap Value Fund and the fee that would be charged pursuant to the fee schedule for the particular other Fund. For example, using the fee schedule for the ProShares Funds (JPMCB), the difference is approximately $4.6 million ($5.24 million - $0.67 million).

**Appendix 10**



The red bar represents the dollar amount of administration fees paid by the JPM Large Cap Growth Fund in 2014 assuming $15.1 billion in AUM. *See* Boyle Ex. 3, 2015 JPM Funds Profitability Memo at JPMIM00010052; Boyle Ex. 47, 2014 Actual Fees Paid Pursuant to Each Agreement at JPMIM00211075. That amount is approximately $12.32 million.

The blue bars represent the dollar amount of fees that would be paid pursuant to the fee schedules for each of the Other Administrators assuming $15.1 billion in AUM. *See* Boyle Ex. 10, ProShares Admin. Agreement; Boyle Ex. 11, EQ Funds Admin. Agreement; Boyle Ex. 14, Vitagliano Rpt. at 9. Those amounts range from approximately $0.67 million annually using the fee schedule for the ProShares Funds (JPMCB) to approximately $2.19 million annually using the fee schedule for the Bridge Builder Trust Funds (US Bank).

The dollar amount above each blue bar is the difference between the fees paid by the JPM Large Cap Growth Fund and the fee that would be charged pursuant to the fee schedule for the particular other Fund. For example, using the fee schedule for the ProShares Funds (JPMCB), the difference is approximately $11.7 million ($12.32 million - $0.67 million).

**Appendix 11**



The red bar represents the dollar amount of administration fees paid by the JPM Value Advantage Fund in 2014 assuming $7.6 billion in AUM. *See* Boyle Ex. 3, 2015 JPM Funds Profitability Memo at JPMIM00010058; Boyle Ex. 14, 2014 Actual Fees Paid Pursuant to Each Agreement at JPMIM00211075. That amount is approximately $3.62 million.

The blue bars represent the dollar amount of fees that would be paid pursuant to the fee schedules for each of the Other Administrators assuming $7.6 billion in AUM. *See* Boyle Ex. 10, ProShares Admin. Agreement; Boyle Ex. 11, EQ Funds Admin. Agreement; Boyle Ex. 14, Vitagliano Rpt. at 9. Those amounts range from approximately $0.48 million annually using the fee schedule for the ProShares Funds (JPMCB) to approximately $1.1 million annually using the fee schedule for the Bridge Builder Trust Funds (US Bank).

The dollar amount above each blue bar is the difference between the fees paid by the JPM Value Advantage Fund and the fee that would be charged pursuant to the fee schedule for the particular other Fund. For example, using the fee schedule for the ProShares Funds (JPMCB), the difference is approximately $3.1 million ($3.62 million - $0.48 million).

**Appendix 12**



The red bar represents the dollar amount of administration fees paid by the JPM U.S. Equity Fund in 2014 assuming $10.7 billion in AUM. *See* Boyle Ex. 3, 2015 JPM Funds Profitability Memo at JPMIM00010057; Boyle Ex. 47, 2014 Actual Fees Paid Pursuant to Each Agreement at JPMIM00211076.  That amount is approximately $8.39 million.

The blue bars represent the dollar amount of fees that would be paid pursuant to the fee schedules for each of the Other Administrators assuming $10.7 billion in AUM.  *See* Boyle Ex. 10, ProShares Admin. Agreement; Boyle Ex. 11, EQ Funds Admin. Agreement; Boyle Ex. 14, Vitagliano Rpt. at 9.  Those amounts range from approximately $0.56 million annually using the fee schedule for the ProShares Funds (JPMCB) to approximately $1.55 million annually using the fee schedule for the Bridge Builder Trust Funds (US Bank).

The dollar amount above each blue bar is the difference between the fees paid by the JPM U.S. Equity Fund and the fee that would be charged pursuant to the fee schedule for the particular other Fund.  For example, using the fee schedule for the ProShares Funds (JPMCB), the difference is approximately $7.8 million ($8.39 million - $0.56 million).

**Appendix 13**
**Actual Advisory Fees Paid & Effective Fee Rate***
**for Calendar Years 2013 to 2016**

| $ in millions | 2013 | | 2014 | | 2015 | | 2016 | | Total |
|---|---|---|---|---|---|---|---|---|---|
| | Effective Fee Rate | $ | Effective Fee Rate | $ | Effective Fee Rate | $ | Effective Fee Rate | $ | |
| JPM Core Bond Fund | 0.30% | $78.8 | 0.27% | $67.2 | 0.27% | $77.9 | 0.27% | $78.6 | **$302.5** |
| JPM High Yield Fund | 0.64% | $70.5 | 0.62% | $66.5 | 0.61% | $60.8 | 0.60% | $66.0 | **$263.8** |
| JPM Mid Cap Value Fund | 0.61% | $79.6 | 0.58% | $87.8 | 0.62% | $98.0 | 0.62% | $96.5 | **$361.9** |
| JPM Large Cap Growth | 0.49% | $62.4 | 0.49% | $74.8 | 0.50% | $78.5 | 0.50% | $68.3 | **$284.0** |
| JPM Value Advantage Fund | 0.63% | $23.5 | 0.61% | $46.3 | 0.63% | $69.5 | 0.63% | $63.7 | **$203.0** |

*The effective advisory fee reflects the advisory fee schedule as well as certain waivers and reimbursements.

*Sources* :  Boyle Ex. 26, Ayres Rpt. Appendices 4-5.

**Appendix 1.5**

### JPM Core Bond Fund And Subadvised Core Bond Funds - Summary Sheet

| | Investment Objective | Portfolio Manager | Benchmark | Investment / Subadvisory Fee Rate Schedule | Sources |
|---|---|---|---|---|---|
| **JPM Core Bond Fund** | Seeks to maximize total return by investing primarily in a diversified portfolio of intermediate- and long-term debt securities | Douglas Swanson (until 2015) Christopher Nauseda (until 2015) Barbara Miller (since 2015) Richard Figuly (since 2015) | Bloomberg Barclays U.S. Aggregate Index | 0.30% on all AUM | Wilson Exs. 1, 4. |
| **Bridge Builder Core Bond Fund** | To provide total return (capital appreciation plus income) | Douglas Swanson (until 2015) Barbara Miller (since 2015) Peter Simmons (since 2013) Henry Song (since 2013) | Bloomberg Barclays U.S. Aggregate Index | ▮▮▮▮▮ | Wilson Exs. 29, 51. |
| **MetLife JPM Core Bond Portfolio (n/k/a Brighthouse Funds Trust I JPMorgan Core Bond Portfolio)** | Seeks to maximize total return | Douglas Swanson (until 2015) Barbara Miller (since 2015) Peter Simmons (since 2013) Henry Song (since 2013) Richard Figuly (since 2016) | Bloomberg Barclays U.S. Aggregate Index | 0.12% on all AUM | Wilson Exs. 7-8. |
| **Columbia VP - Partners Core Bond Fund** | Seeks to provide shareholders with a high level of current income while conserving the value of the investment for the longest period of time | Douglas Swanson (until 2015) Christopher Nauseda (until 2015) Barbara Miller (since 2015) Peter Simmons (since 2013) Richard Figuly (since 2016) | Bloomberg Barclays U.S. Aggregate Index | ▮▮▮▮▮ | Wilson Exs. 24, 27. |
| **SA JPM MFS Core Bond Portfolio** | Maximum total return, consistent with preservation of capital and prudent investment management | Barbara Miller (since 2015) Peter Simmons (since 2013) Richard Figuly (since 2016) | Bloomberg Barclays U.S. Aggregate Index | ▮▮▮▮▮ | Wilson Exs. 25, 52. |
| **SIIT Core Fixed Income Fund[1]** | Current income consistent with the preservation of capital | Douglas Swanson (until 2015) Peter Simmons (since 2009) Richard Figuly (since 2009) | Bloomberg Barclays U.S. Aggregate Index | ▮▮▮▮▮ | Wilson Exs. 30, 53. |
| **SIMT U.S. Fixed Income Fund[1]** | Current income consistent with the preservation of capital | Douglas Swanson (until 2015) Christopher Nauseda (since 2015) Peter Simmons (since 2012) Henry Song (since 2012) | Bloomberg Barclays U.S. Aggregate Index | ▮▮▮▮▮ | Wilson Exs. 31, 54. |
| **Transamerica Core Bond** | Seeks total return, consisting of current income and capital appreciation | Douglas Swanson (until 2015) Christopher Nauseda (2015) Barbara Miller (since 2015) Peter Simmons (since 2015) Henry Song (since 2015) | Bloomberg Barclays U.S. Aggregate Index | 0.15% on AUM up to $1.5 billion 0.12% on AUM over $1.5 billion | Wilson Exs. 32, 55. |
| **Transamerica JPMorgan Core Bond VP** | Seeks total return, consisting of current income and capital appreciation | Douglas Swanson (until 2015) Barbara Miller (since 2015) Peter Simmons (since 2015) Richard Figuly (since 2016) | Bloomberg Barclays U.S. Aggregate Index | 0.15% on AUM up to $1.5 billion 0.12% on AUM over $1.5 billion | Wilson Exs. 9, 33. |

[1] Relationship Terminated on March 2016

**JPM High Yield Fund And Subadvised High Yield Fund - Summary Sheet**

| | Investment Objective | Portfolio Manager | Benchmark | Investment / Subadvisory Fee Rate Schedule | Sources |
|---|---|---|---|---|---|
| **JPM High Yield Fund** | Seeks a high level of current income by investing primarily in a diversified portfolio of debt securities which are rated below investment grade or unrated. Capital appreciation is a secondary objective. | William J. Morgan (since 1998)<br><br>James P. Shanahan (since 1998) | Bloomberg Barclays US High Yield 2% Issuer Capped Index | 0.65% on all AUM (until Oct. 31, 2016)<br><br>0.60% on all AUM (since Nov. 1, 2016) | Wilson Ex. 1; Boyle Ex. 34. |
| **AST High Yield Portfolio** | Seeks maximum total return, consistent with preservation of capital and prudent investment management. | William J. Morgan (since 2010)<br>James P. Shanahan (since 2010) | Bloomberg Barclays US High Yield 2% Issuer Capped Index | 0.27% on AUM up to $1.0 billion<br><br>0.25% on AUM over $1.0 billion | Boyle Exs. 48, 49. |
| **LVIP JPMorgan High Yield Fund** | Seeks a high level of current income by investing primarily in a diversified portfolio debt securities which are rated below investment grade or unrated.  Capital appreciation is a secondary objective. | William J. Morgan (since 2010)<br><br>James P. Shanahan (since 2010) | Bloomberg Barclays US High Yield 2% Issuer Capped Index | ███████████████<br><br>███████████████ | Boyle Exs. 41, 50. |
| **Principal High Yield Fund I** | Seeks high current income. | William J. Morgan (since 2007)<br><br>James P. Shanahan (since 2007) | Bloomberg Barclays US High Yield 2% Issuer Capped Index | 0.30% on all AUM | Boyle Exs. 54, 55. |

**Appendix 16**
**JPM Mid Cap Value Fund And Subadvised Mid Cap Value Funds - Summary Sheet**

| | Investment Objective | Portfolio Manager | Benchmark | Investment / Subadvisory Fee Rate Schedule | Sources |
|---|---|---|---|---|---|
| **JPM Mid Cap Value Fund** | Seeks growth from capital appreciation | Jonathan K.L. Simon ( since 1997) Lawrence E. Playford ( since 2004) Gloria H. Fu (since 2006) | Russell Midcap Value Index | 0.65% on all AUM | Wilson Exs. 2, 5. |
| **LVIP JPM Mid Cap Value Managed Volatility Fund** | Seek long-term capital appreciation | Jonathan K.L. Simon ( since 2012) Lawrence E. Playford ( since 2004) Gloria H. Fu (since 2012) Jason Alonzo (since 2016) Phillip Hart (since 2016) Dennis Ruhl (since 2016) Pavel Vaynstok (since 2016) | Russell Midcap Value Index | ▬▬▬▬▬▬▬▬ ▬▬▬▬ | Wilson Exs. 34, 58. |
| **Transamerica JPM Mid Cap Value VP** | Seeks growth from capital appreciation | Jonathan K.L. Simon (since 2004) Lawrence E. Playford (since 2004) Gloria H. Fu (since 2006) | Russell Midcap Value Index | 0.40% on all AUM | Wilson Exs. 9, 35. |
| **Transamerica JPM Mid Cap Value Fund\*** | Seeks growth from capital appreciation | Jonathan K.L. Simon (since 2004) Lawrence E. Playford (since 2004) Gloria H. Fu (since 2006) | Russell Midcap Value Index | 0.40% on all AUM | Wilson Exs. 10, 37. |
| **Transamerica Partners Mid Cap Value Portfolio** | Seeks to provide a high total investment return | Jonathan K.L. Simon (since 2009) Lawrence E. Playford (since 2009) Gloria H. Fu (since 2009) | Russell Midcap Value Index | 0.40% on all AUM | Wilson Exs. 11, 36. |
| **VY JPM Mid Cap Value Portfolio** | Seeks growth from capital appreciation | Jonathan K.L. Simon (since 2004) Lawrence E. Playford (since 2004) Gloria H. Fu (since 2006) | Russell Midcap Value Index | 0.55% on AUM up to $50 million 0.50% on AUM from $50 million to $100 million 0.45% on AUM over $400 million | Wilson Exs. 26, 28. |

**Appendix 17**

**JPM Large Cap Growth Fund And Subadvised Large Cap Growth Fund - Summary Sheet**

| | Investment Objective | Portfolio Manager | Benchmark | Investment / Subadvisory Fee Rate Schedule | Sources |
|---|---|---|---|---|---|
| **JPM Large Cap Growth Fund** | Seeks long-term capital appreciation | Giri Devulapally (since 2004) | Russell 1000 Growth Index | 0.50% on all AUM | Wilson Ex. 1; Boyle Ex. 27. |
| **Great-West Multi-Manager Large Cap Growth Fund** | Seeks long-term growth of capital. | Giri Devulapally (since 2013) | Russell 1000 Growth Index | 0.35% on AUM up to $500 million; 0.30% on AUM over $500 million | Boyle Exs. 56, 57. |

## Appendix 18
## JPM Value Advantage Fund And Subadvised Value Advantage Fund - Summary Sheet

| | Investment Objective | Portfolio Manager | Benchmark | Investment / Subadvisory Fee Rate Schedule | Sources |
|---|---|---|---|---|---|
| **JPM Value Advantage Fund** | Seeks to provide long-term total return from a combination of income and capital gains. | Jonathan K.L. Simon (since 2005)<br>Lawrence E. Playford (since 2005)<br>Gloria H. Fu (since 2006) | Russell 3000 Value Index | 65% on all AUM | Boyle Exs. 1, 27. |
| **Pacific Select Fund Value Advantage Portfolio** | Seeks to provide long-term total return from a combination of income and capital gains. | Jonathan K.L. Simon (since 2013)<br>Lawrence E. Playford (since 2013)<br>Gloria H. Fu (since 2013) | Russell 3000 Value Index | 36% on all AUM | Boyle Exs. 62, 63. |

**Appendix 19**

**Services Provided by JPMIM to the Funds and the Subadvised Funds**

| Scope of Services | Funds | MetLife JPM Core Bond Portfolio (n/k/a Brighthouse Funds Trust I JPMorgan Core Bond Portfolio) | LVIP JPM High Yield Fund | Great-West Multi-Manager Large Cap Growth Fund | Transamerica Subadvised Mid Cap Value Funds** | Pacific Select Fund Value Advantage Portfolio |
|---|---|---|---|---|---|---|
| Continuous investment program | √ | √ | √ | √ | √ | √ |
| Research and analysis | √ | √ | √ | √ | √ | √ |
| Selection of investments | √ | √ | √ | √ | √ | √ |
| Purchase and sale of securities | √ | √ | √ | √ | √ | √ |
| Broker selection | √ | √ | √ | √ | √ | √ |
| Compliance | √* as to portfolio management services | √ | √ | √ | √ | √ |
| Tax reporting and compliance | √* | √ | √ | √ | √ | √ |
| Recordkeeping as to investments and transactions | √* | √ | √ | √ | √ | √ |
| Board reporting and 15c | √* | √ | √ | √ | √ | √ |
| Regulatory reporting | √* | √ | √ | √ | √ | √ |
| Source | Wilson Exs. 1-3; Boyle Exs. 1-2. | Wilson Exs. 7, 13, 42, 49, 50. | Boyle Exs. 41, 51-53. | Boyle Exs. 57-61. | Wilson Exs. 14, 35-37, 43. | Boyle Exs. 63, 64. |

*  JPMIM and its affiliates receive additional compensation pursuant to the JPM Funds Administration Agreement for providing compliance, tax reporting and complaince, recordkeeping and board reporting services.

**  The Transamerica Subadvised Mid Cap Value Funds includes the following Transamerica funds: (i) Transamerica JPMorgan Mid Cap Value VP (ii) Transamerica Mid Cap Value and (iii) Transamerica Partners Mid Value Portfolio.

## Appendix 20

### Actual Administration Fees Paid & Effective Fee Rate*
### for Calendar Years 2014 to 2015

| $ in millions | 2014 | | 2015 | | Total |
|---|---|---|---|---|---|
| | Effective Fee Rate | $ | Effective Fee Rate | $ | |
| JPM Core Bond Fund | 0.045% | $11.1 | 0.062% | $17.9 | **$29.0** |
| JPM High Yield Fund | 0.042% | $4.5 | 0.057% | $5.7 | **$10.2** |
| JPM Short Duration Fund | 0.034% | $3.8 | 0.060% | $6.5 | **$10.3** |
| JPM Mid Cap Value Fund | 0.034% | $5.2 | 0.062% | $9.8 | **$15.0** |
| JPM Large Cap Growth Fund | 0.081% | $12.3 | 0.082% | $12.9 | **$25.2** |
| JPM Value Advantage Fund | 0.047% | $3.6 | 0.069% | $7.6 | **$11.2** |
| JPM US Equity Fund | 0.078% | $8.4 | 0.082% | $10.5 | **$18.9** |

*The effective administration fee reflects the effect of breakpoints in the administration fee schedule, as well as certain waivers and reimbursements.

*Sources for Net Administration Fees:*  Boyle Ex. 47, 2014 Actual Fees Paid Pursuant to Each Agreement at JPMIM00211075-077; Boyle Ex. 65, 2015 Actual Fees Paid Pursuant to Each Agreement at JPMIM02099166-168.

*Sources for AUM to Calculate Net Effective Rate:*  Boyle Ex. 3, 2015 JPM Funds Profitability Memo at JPMIM00010036, 039, 043, 052, 054, 057, 058; Boyle Ex. 66, 2016 JPM Funds Profitability Memo at JPMIM02099315, 317, 320, 327, 329, 333.

**Appendix 21**
**Comparison of Administration Services Provided by JPMFM and JPMCB**

| | JPMFM | JPMCB |
|---|---|---|
| **Financial Management and Reporting:** | | |
| • Preparing the funds' annual and semi-annual financial statements | √ | √ |
| • Preparing budgets and managing the funds' expenses | √ | √ |
| • Determining the net asset value of the fund | | |
| • Coordinating annual audits | √ | √ |
| **Tax Reporting and Compliance:** | | |
| • Preparing the funds' federal and state returns | √ | √ |
| • Monitoring the funds' compliance with various tax rules and regulation | √ | √ |
| **Compliance:** | | |
| • Monitoring compliance with the funds' investment guidelines | √ | √ |
| • Monitoring compliance with federal securities and other regulatory requirements | √ | √, provide assistance |
| • Assisting the trust's Chief Compliance Officer with the trust compliance program | √ | √, provide assistance |
| **Fund Governamce:** | | |
| • Providing reports and materials to the board | √ | √ |
| • Providing personnel for board meetings | √ | √ |
| • Preparing and maintaining the trust governing documents | √ | √ |
| • Preparing reports and communications for shareholders | √ | |
| • Providing assistance with respect to shareholder meetings for the funds | √ | |
| **Regulatory Services:** | | |
| • Arranging for filing and dissemination of the funds' regulatory filing and disclosure materials | √ | √ |
| • Assisting with examination or inspection by the SEC and other regulators | √ | √ |
| • Preparing and filing all necessary Blue Sky fillings | √ | |
| **General Administrative Services:** | | |
| • Furnishing the funds with office facilities, equipment and personnel | √ | √ |
| • Preparing total return performance information for the funds | √ | √ |
| • Preparing and administering contracts with the funds' transfer agent, shareholder servicing agent, custodian and other service providers | √ | √ |

*Sources*: Wilson Ex. 17, Admin. Agreement; Boyle Ex. 4, JPMCB's Sub-Admin. Agreement.

**Appendix 22**
**Comparison of Administration Services**

| | JPM Funds (JPMFM) | ProShares Funds (JPMCB) | EQ Funds (JPMCB) | Metlife Funds (State Street) | Bridge Builder Trust (US Bank) |
|---|---|---|---|---|---|
| **Financial Management and Reporting:** | | | | | |
| • Preparing the funds' annual and semi-annual financial statements | √ | √ | √ | √ | √ |
| • Preparing budgets and managing the funds' expenses | √ | √ | √ | √ | √ |
| • Determining the net asset value of the fund | | √ | √ | √ | √ |
| • Coordinating annual audits | √ | √ | √ | | √ |
| **Tax Reporting and Compliance:** | | | | | |
| • Preparing the funds' federal and state returns | √ | √ | √ | √ | √ |
| • Monitoring the funds' compliance with various tax rules and regulation | √ | √ | √ | √ | √ |
| **Compliance:** | | | | | |
| • Monitoring compliance with the funds' investment guidelines | √ | √ | √ | √ | √ |
| • Monitoring compliance with federal securities and other regulatory requirements | √ | √ | √ | √ | √ |
| • Assisting the trust's Chief Compliance Officer with the trust compliance program | √ | √ | √ | √ | √ |

**Appendix 22**
**Comparison of Administration Services**

| | JPM Funds (JPMFM) | ProShares Funds (JPMCB) | EQ Funds (JPMCB) | Metlife Funds (State Street) | Bridge Builder Trust (US Bank) |
|---|---|---|---|---|---|
| **Fund Governamce:** | | | | | |
| • Providing reports and materials to the board | √ | √ | √ | √ | √ |
| • Providing personnel for board meetings | √ | √ | | √ | √ |
| • Preparing and maintaining the trust governing documents | √ | √ | | √ | √ |
| • Preparing reports and communications for shareholders | √ | √ | √ | √ | √ |
| • Providing assistance with respect to shareholder meetings for the funds | √ | √ | | | √ |
| **Regulatory Services:** | | | | | |
| • Arranging for filing and dissemination of the funds' regulatory filing and disclosure materials | √ | √ | √ | √ | √ |
| • Assisting with examination or inspection by the SEC and other regulators | √ | √ | √ | √ | √ |
| • Preparing and filing all necessary Blue Sky fillings | √ | | | | √ |
| **General Administrative Services:** | | | | | |
| • Furnishing the funds with office facilities, equipment and personnel | √ | √ | √ | √ | √ |
| • Preparing total return performance information for the funds | √ | √ | √ | √ | √ |
| • Preparing and administering contracts with the funds' transfer agent, shareholder servicing agrent, custodian and other service providers | √ | | | | |

*Sources*: Wilson Ex. 17, Admin. Agreement; Boyle Ex. 10, Pro Shares Admin. Agreement; Boyle Ex. 11 ,EQ Funds Admin. Agreement; Boyle Ex. 12, State Street Admin. Agreement; Boyle Ex. 13, US Bank Admin. Agreement.

# APPENDIX 23

# FILED UNDER SEAL