Case No. 18-3238/18-3239

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

NANCY GOODMAN; JACQUELINE PEIFFER

    Plaintiffs - Appellants

v.

J.P. MORGAN INVESTMENT MANAGEMENT, INCORPORATED; JP MORGAN FUNDS MANAGEMENT, INCORPORATED

    Defendants - Appellees

   Upon consideration of the motion of Chamber of Commerce of the United States of America for leave to proceed on appeal as amicus curiae,

   And further consideration of the response in opposition,

   It is **ORDERED** that the motion be and it hereby is **GRANTED**.

                                   **ENTERED BY ORDER OF THE COURT**
                                   Deborah S. Hunt, Clerk

Issued: November 28, 2018

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: November 28, 2018

Mr. Matthew Allen Fitzgerald
McGuireWoods
800 E. Canal Street
Richmond, VA 23219

Re: Case No. 18-3238/18-3239, *Nancy Goodman, et al v. J.P. Morgan Investment Mgmt, et al*
Originating Case No. : 2:14-cv-00414 : 2:15-cv-02923

Dear Counsel,

  The Court issued the enclosed Order today in this case.

                    Sincerely yours,

                    s/Jill Colyer
                    Case Manager
                    Direct Dial No. 513-564-7024

cc:  Mr. Michael Joseph Boyle Jr.
     Mr. Charles Brown
     Mr. Elizabeth S. David
     Ms. Valerie Haggans
     Mr. Mark Holland
     Mr. Michael Isenman
     Mr. Richard W. Nagel
     Mr. Stuart Graham Parsell
     Mr. Andrew Walker Robertson
     Ms. Susan Salvetti
     Mr. Steven Walter Tigges
     Mr. Matthew R. Wilson
     Mr. John W. Zeiger
     Mr. Robin F. Zwerling

Enclosure